FILED: March 28, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1240 (L)
(2:13-cv-16700)
(2:10-md-02187)

_____

ROSA LEE DAY; ROBERT DAY, SR.

     Plaintiffs - Appellants

v.

SOFRADIM PRODUCTION SAS; TISSUE SCIENCE LABORATORIES LIMITED

     Defendants - Appellees

 and

C. R. BARD, INC.

     Defendant

_____

No. 14-1241
(2:13-cv-16704)
(2:10-md-02187)

_____

REBECCA A. SEELEY; RICK SEELEY

    Plaintiffs - Appellants

v.

SOFRADIM PRODUCTION SAS

    Defendant - Appellee

and

C. R. BARD, INC.

    Defendant

_____

No. 14-1242
(2:13-cv-27091)
(2:10-md-02187)

_____

KIMBERLY K. ALLEN

    Plaintiff - Appellant

v.

TISSUE SCIENCE LABORATORIES LIMITED

    Defendant - Appellee

and

C. R. BARD, INC.; BOSTON SCIENTIFIC CORPORATION

  Defendants

---

## RULE 42(b) MANDATE

---

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                     */s/Patricia S. Connor, Clerk*